IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02491-BNB

ROBIN E. DILGER,

      Plaintiff,

v.

OFFICE OF THE ATTORNEY GENERAL,
COLORADO DEPARTMENT OF CORRECTIONS,
STATE OF COLORADO GOVERNOR JOHN HICKENLOOPER,
WARDEN DAVID ZUPAN, La Vista Correctional Facility, and
CASE MANAGER GLEN SCHAFFER, La Vista Correctional Facility,

      Defendants.

---

ORDER ALLOWING PLAINTIFF TO PROCEED
WITHOUT PAYMENT OF INITIAL PARTIAL FILING FEE

---

      In an order filed on October 10, 2012, the court granted Plaintiff leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  Pursuant to § 1915(b)(1), the court ordered Plaintiff either to pay an initial partial filing fee of $2.00 or to show cause why she has no assets and no means by which to pay the initial partial filing fee.  On October 31, 2012, Plaintiff submitted a certified copy of her inmate trust fund account statement that shows the available balance in her inmate account as of October 22, 2012, was $0.00.  The affidavit Plaintiff previously submitted in support of her motion seeking leave to proceed *in forma pauperis* reveals no other assets.

      Title 28 U.S.C. § 1915 requires a prisoner bringing a civil action "to pay the full amount of a filing fee."  28 U.S.C. § 1915(b)(1).  However, "[i]n no event shall a prisoner be prohibited from bringing a civil action or appealing a civil or criminal judgment for the

reason that the prisoner has no assets and no means by which to pay the initial partial filing fee." 28 U.S.C. § 1915(b)(4).  Based on the certified account statement filed on October 31, 2012, that indicates Plaintiff lacks sufficient funds to pay the initial partial filing fee, Plaintiff will be allowed to proceed in this action without payment of the initial partial filing fee designated in the court's October 10 order.  Plaintiff remains obligated to pay the full $350.00 filing fee through monthly installments as directed in the court's October 10 order and reiterated below.  Accordingly, it is

ORDERED that Plaintiff may proceed in this action without payment of the initial partial filing fee designated in the court's October 10, 2012 order because she has shown cause why she has no assets and no means by which to pay an initial partial filing fee.  Plaintiff remains obligated to pay the full amount of the required $350.00 filing fee pursuant to § 1915(b)(1).  It is

FURTHER ORDERED that until the $350.00 filing fee is paid in full, Plaintiff shall make monthly payments to the court of twenty (20) percent of the preceding month's income credited to her account or show cause why she has no assets and no means by which to make each monthly payment.  Plaintiff is directed to make the necessary arrangements to have the monthly payments identified by the civil action number on this order.  In order to show cause, Plaintiff must file a current certified copy of her trust fund account statement.  It is

FURTHER ORDERED that if Plaintiff fails to have the appropriate payment sent to the clerk of the court each month or to show cause each month as directed above why she has no assets and no means by which to make the monthly payment, the complaint may be dismissed without prejudice and without further notice.  It is

**FURTHER ORDERED** that the court may dismiss this action and may apply all or part of the filing fee payments tendered in this action to satisfy any filing fee debt the plaintiff may owe in a prior action or actions if the plaintiff fails to stay current with her payment obligations in the prior action or actions.

DATED November 1, 2012, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge