IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02491-BNB

ROBIN E. DILGER,

    Plaintiff,

v.

OFFICE OF THE ATTORNEY GENERAL,
COLORADO DEPARTMENT OF CORRECTIONS,
STATE OF COLORADO GOVERNOR JOHN HICKENLOOPER,
WARDEN DAVID ZUPAN, La Vista Correctional Facility, and
CASE MANAGER GLEN SCHAFFER, La Vista Correctional Facility,

    Defendants.

ORDER TO DISMISS IN PART AND TO DRAW CASE
TO A DISTRICT JUDGE AND TO A MAGISTRATE JUDGE

    Plaintiff, Robin E. Dilger, is a prisoner in the custody of the Colorado Department of Corrections at the Denver Women's Correctional Facility in Denver, Colorado. Ms. Dilger initiated this action by filing *pro se* a Prisoner Complaint (ECF No. 1) pursuant to 42 U.S.C. § 1983 alleging that her rights under the United States Constitution have been violated. On November 1, 2012, Magistrate Judge Boyd N. Boland entered an order directing Ms. Dilger to file an amended complaint within thirty days if she wishes to pursue a claim or claims against any Defendant other than Defendant Case Manager Glen Schaffer. On November 23, 2012, Ms. Dilger filed a "Response to Order" (ECF No. 10) in which she states that she would like to continue with her claims against Defendant Schaffer and that she would not object to the other Defendants being dismissed from this action.

The Court construes the "Response to Order" as a notice of voluntary dismissal by Ms. Dilger of her claims against the Defendants other than Defendant Schaffer. Therefore, the Court will dismiss as parties to this action all Defendants other than Defendant Schaffer. Ms. Dilger's claims against Defendant Schaffer will be drawn to a district judge and to a magistrate judge as provided in D.C.COLO.LCivR 8.2D because the Court has completed its review pursuant to D.C.COLO.LCivR 8.2C. Accordingly, it is

ORDERED that Defendants Office of the Attorney General, Colorado Department of Corrections, State of Colorado Governor John Hickenlooper, and Warden David Zupan are dismissed as parties to this action. It is

FURTHER ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED at Denver, Colorado, this  29th  day of    November   , 2012.

BY THE COURT:

   s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court