IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-02491-WYD-KMT

ROBIN E. DILGER,

    Plaintiff,

v.

CASE MANAGER GLEN SCHAFFER, La Vista Correctional Facility,

    Defendant.

## FINAL JUDGMENT

Pursuant to and in accordance with Fed. R. Civ. P. 58(a), the Orders entered previously in this case, and the Order Affirming and Adopting Recommendation of United States Magistrate Judge, filed on March 21, 2013, by the Honorable Wiley Y. Daniel, Senior United States District Judge, and incorporated herein by reference as if fully set forth, it is

ORDERED that the Recommendation of United States Magistrate Judge (ECF Doc. No. 20), dated February 27, 2013, is affirmed and adopted.  It is further

ORDERED that Defendant's Motion to Dismiss (ECF No. 18) is GRANTED. Accordingly, it is further

ORDERED that judgment is hereby entered in favor of Defendants Office of the Attorney General, Colorado Department of Corrections, Governor John Hickenlooper, Warden David Zupan and Case Manager Glen Schaffer, La Vista Correctional Facility, and against Plaintiff Robin E. Dilger.

DATED at Denver, Colorado this 22nd day of March, 2013.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/ Edward P. Butler
Edward P. Butler,
Deputy Clerk